R. PARKER WHITE (SBN 95579)
POSWALL, WHITE & CUTLER
1001 G Street, Suite 301
Sacramento, California 95814
Telephone: 916.449.1300

Attorneys for Plaintiff
SHAWNA A. TERPSTRA

REBEKKA R. MARTORANO (SBN 173600)
THE RYAN LAW GROUP
2379 Gateway Oaks Drive, Suite 100
Sacramento, CA  95833
Telephone:  916.924-1912

Attorneys for Defendant
SOUTHWEST AIRLIINES CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| SHAWNA A. TERPSTRA,<br><br>         Plaintiff,<br><br>    vs.<br><br>SOUTHWEST AIRLINES CO., and DOES 1 through 30, inclusive,<br><br>         Defendants. | CASE NO.  2:13-CV-00092-TLN-DAD<br><br>**STIPULATION AND ORDER TO MOVE FINAL PRETRIAL CONFERENCE HEARING DATE** |
|---|---|

Plaintiff  SHAWNA A. TERPSTRA and defendant SOUTHWEST AIRLINES CO., respectfully submit the following stipulation:

Plaintiff SHAWNA A. TERPSTRA and defendant SOUTHWEST AIRLINES CO., by and through their respective counsel, hereby stipulate to continue the Final Pretrial Conference which is presently scheduled for May 22, 2014 at 2:00 p.m., due to a scheduling conflict of counsel for plaintiff.  The parties stipulate to move the hearing date to June 5, 2014 at 2:00 p.m. in Courtroom 2 of the above-entitled court.  The parties also agree that moving the date of the Final Pretrial Conference will not adversely affect the trial date of August 26, 2014.  Further, the parties agree

1   that the joint pretrial statement will be filed no later than May 29, 2014.

2

3   Dated: May 13, 2014                    POSWALL, WHITE & CUTLER

4

5                                          By____/s/ R. Parker White_____
                                              R. PARKER WHITE
6                                             Attorney for Plaintiff
                                              SHAWNA A. TERPSTRA
7

8   Dated:  May ____, 2014                 THE RYAN LAW GROUP
9

10

11                                         By____/s/ Rebekka R. Martorano_____
                                              REBEKKA R. MARTORANO
12                                            Attorney for Defendant
                                              SOUTHWEST AIRLINES CO.
13

14
                                         **ORDER**
15
        Pursuant to the parties' stipulation, it is hereby ordered that the Final Pretrial Conference is
16
    rescheduled to June 5, 2014 at 2:00 p.m. in Courtroom 2 of the above-entitled court and the pretrial
17
    statement shall be filed no later than May 29, 2014.
18
    IT IS SO ORDERED.
19
    Dated: May 14, 2014
20

21

22                                         _____
23                                         Troy L. Nunley
                                           United States District Judge
24

25

26

27

28